AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Juan Ramon FLORES BECERRA

*Defendant(s)*

Case No. 2:21-mj-543

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 08/14/2021 in the county of Jackson in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 | Possession with the Intent to Distribute more than 500 grams of cocaine |

This criminal complaint is based on these facts:
See attached Affidavit, which is fully incorporated herein.

☒ Continued on the attached sheet.

*Special Agent Noah Bookman*
Complainant's signature

DEA Special Agent Noah Bookman
Printed name and title

Sworn to before me and signed in my presence.

Date: 8-16-21

City and state: Columbus, Ohio

Honorable Chelsey M. Vascura, U.S. Magistrate Judge
Printed name and title

Case No. _____

## AFFIDAVIT

I, Noah Bookman, being duly sworn, depose and state the following:

## INTRODUCTION

1. I am a Special Agent of the Drug Enforcement Administration (DEA), assigned to the Detroit Field Division, Columbus District Office (CDO). As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1).

2. Prior to being employed by the DEA, I graduated from the Hocking College Ohio Peace Officer Training Academy located in Nelsonville, Ohio, in June 2005. I received approximately 16 weeks of specialized police training including but not limited to search and seizure, investigative techniques, testifying in court, evidence collection, interview and interrogation, and controlled substance identification. I also received an Associate's Degree from Hocking College in Police Science. From April 2005 to January 2007, I was employed by the Hocking County Sheriff's Office, Patrol Bureau. From January 2007 to June 2014, I was employed by the City of Lancaster Police Division, assigned to the Patrol Bureau. From June 2012 to September 2014, I was assigned to the Major Crimes Unit. In September 2014, I was hired by the DEA. In February 2015, I graduated from the DEA Academy and reported directly to the CDO.

3. During the course of my law enforcement career, I participated in numerous investigations involving narcotics trafficking. I received specialized training in narcotics trafficking and money laundering from the DEA and I have been personally

involved in investigations concerning the possession, manufacture, transportation, distribution, and importation of controlled substances, as well as methods used to finance drug transactions. I have experience in debriefing defendants and interviewing participating witnesses, cooperating individuals, and other persons who have personal knowledge and experience regarding the amassing, conversion, transportation, distribution, and concealment of records and proceeds of trafficking in controlled substances. As a special agent and a police officer, I participated in the execution of numerous search warrants at the residences and businesses of narcotics traffickers, safe houses, crack houses, and I participated in numerous arrests for drug-related offenses. I have drafted numerous search warrants. As a special agent, I participated in investigations targeting individuals and organizations trafficking heroin, fentanyl, cocaine, cocaine base ("crack"), marijuana, methamphetamine, and other controlled substances, as defined in Title 21, United States Code, Section 801.

## PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a federal arrest warrant and complaint against Juan Ramon FLORES BECERRA. My knowledge of this investigation is based upon my own personal observations, as well as the observations and investigations conducted by other law enforcement officers and investigators concerning the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that Juan Ramon FLORES BECERRA R have

2

committed a violation 21 U.S.C. §§ 841 Possession with the Intent to Distribute more than 500 grams of cocaine.

## SUMMARY OF PROBABLE CAUSE

1. On August 14, 2021, an Ohio State Highway Patrol marked unit conducted a traffic stop on a Red Dodge Avenger for a speeding violation. The traffic stop occurred on State Route 35 near Broadway Street in Jackson, Ohio. The driver of the vehicle was identified as Juan Ramon FLORES BECERRA.

2. During the course of the vehicle stop, a Trooper deployed his drug detection canine on the suspect vehicle, and the canine did give a positive indication to the presence of narcotic odor coming from the vehicle. Based on the canine alert on the vehicle, this provided Troopers probable cause to search the vehicle for narcotics. During the search, Troopers located and seized approximately 3,488.3 gross grams of a suspected cocaine. A field test was conducted on the suspected cocaine and tested positive for cocaine. The cocaine was located inside of a sealed dog food bag located within the vehicle. FLORES was placed under arrest and advised of his Miranda rights. Subsequently, FLORES was transported to the OSP Jackson Post to be interview by investigators.

3. Investigators advised FLORES of his Miranda rights. Then investigators conducted an interview with FLORES in Spanish. During the interview, FLORES admitted that he was contacted by a male Hispanic only know as "Transformer" to transport an item to North Carolina. FLORES stated he has transported drug proceeds or drugs approximately five time in the last three months for Transformer. FLORES stated he knew he was transporting either drug proceeds or drugs at the time of the traffic stop.

3

FLORES admitted to being paid approximately $200 every time he conducted these acts described in this affidavit. FLORES stated his has only been in the United States for approximately six months.

## CONCLUSION

1. Based upon this information, your affiant believes probable cause exists that Juan Ramon FLORES BECERRA has violated 21 U.S.C. §§ 841 Possession with the Intent to Distribute more than 500 grams of cocaine.

*Special Agent Noah Bookman*
Noah Bookman
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this 16 day of August, 2021.

_____
Honorable Chelsey M. Vascura
United States Magistrate Judge

4